IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

John R. Lyon III, Derivatively on Behalf of
AMC Entertainment Holdings, Inc.

Plaintiff

vs.

Adam M. Aron, Craig R. Ramsey, Chris A. Cox, Lincoln Zhang, Jack Q. Gao, Lloyd L. Hill, Gary F. Locke, Howard W. Koch, Jr., Kathleen M. Pawlus, Anthony J. Saich, Maojun Zeng, Philip Lader, Lee Wittlinger, and Adam J. Sussman and AMC Entertainment Holdings, Inc.

Defendant

Case Number

**1:21-cv-7940**

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Naranbold Gantulga, derivatively on behalf
of AMC Entertainment Holdings, Inc.

Plaintiff

vs.

Adam M. Aron et. al.

Defendant

Case Number

18-cv-10007

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

Stayed pending resolution of motion to dismiss in related securities action (18-cv-299), in which parties have notified the Court by letter the parties have reached an agreement in principal to settle.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This derivative action presents similar issues to the first filed case. However, the newly filed action by Mr. Lyons alleges that his litigation demand was wrongfully refused, whereas the low filed case alleges that demand on the board of directors would have been futile. The cases share other common allegations related to whether certain of AMC's directors and officers breached their fiduciary duties to the Company and its stockholders.

Signature: ______________________ Date: 09/23/2021

Firm: Kahn Swick & Foti LLC
1100 Poydras Suite 3200, New Orleans LA 70163