UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lyon III,

                Plaintiff,

    –v–

Aron, et al.,

                Defendants.

21-cv-07940 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    This case has been assigned to me for all purposes. The complaint is currently under emergency seal and the Court requires briefing to determine whether maintaining the complaint under seal is necessary and appropriate under the Second Circuit's decision in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Plaintiff is hereby ORDERED to submit briefing within one week of this order demonstrating why sealing and/or tailored redactions are necessary under that standard. It is further ORDERED that Defendants' response, if any, be filed no later than one week from the Plaintiff's filing.

    SO ORDERED.

Dated: September 28, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1