UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021
```

Lyon III,

              Plaintiff,

–v–

Aron, *et al.*,

              Defendants.

21-cv-7940 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the parties' letters regarding redactions and sealing of Plaintiff's Complaint. The Court hereby grants Plaintiff's motion to maintain the narrow redactions to the public version of the Complaint as they currently exist in Dkt. No. 30, and maintain the filing of the unredacted version under seal in Dkt. No. 1.

SO ORDERED.

Dated: October 13, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge