## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOHN R. LYON III, derivatively on behalf of
AMC ENTERTAINMENT HOLDINGS, INC.,

               Plaintiff,

    vs.

ADAM M. ARON, CRAIG R. RAMSEY, CHRIS
A. COX, LINCOLN ZHANG, JACK Q. GAO,
LLOYD L. HILL, GARY F. LOCKE, HOWARD
W. KOCH, JR., KATHLEEN M. PAWLUS,
ANTHONY J. SAICH, MAOJUN ZENG, PHILIP
LADER, LEE E. WITTLINGER, and ADAM J.
SUSSMAN,

               Defendants,

    and

AMC ENTERTAINMENT HOLDINGS, INC., a
Delaware corporation,

               Nominal Defendant.

Case No. 1:21-cv-07940-AJN

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and
Declaration of Joshua S. Amsel in Support of Defendants' Motion to Dismiss, Nominal Defendant
AMC Entertainment Holdings, Inc. and Defendants Adam M. Aron, Craig R. Ramsey, Chris A.
Cox, Lincoln Zhang, Jack Q. Gao, Mao Jun Zeng, Anthony J. Saich, Lloyd L. Hill, Gary F. Locke,
Howard W. Koch, Jr., Kathleen M. Pawlus, Philip Lader, Lee E. Wittlinger, and Adam J. Sussman
will move this Court in the above-captioned action, before the Honorable Alison J. Nathan, United
States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New
York, New York 10007, on a date and at a time to be set by the Court, for an Order dismissing the

Verified Stockholder Derivative Complaint, in its entirety and with prejudice, for *forum non conveniens* and under Federal Rules of Civil Procedure 12(b)(6) and 23.1, and for such other relief that the Court may deem just and proper.

Dated:  New York, New York
       January 14, 2022

Respectfully submitted,

*/s/ John A. Neuwirth*
John A. Neuwirth
Joshua S. Amsel
Stefania D. Venezia
Matthew S. Connors
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel:   (212) 310-8000
Fax:   (212) 310-8007

*Attorneys for Nominal Defendant AMC Entertainment Holdings, Inc. and Defendants Adam M. Aron, Craig R. Ramsey, Chris A. Cox, Lincoln Zhang, Jack Q. Gao, Lloyd L. Hill, Gary F. Locke, Howard W. Koch, Jr., Kathleen M. Pawlus, Anthony J. Saich, Mao Jun Zeng, Philip Lader, Lee E. Wittlinger, and Adam J. Sussman*