UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/30/2022
```

**JOHN R. LYON III,** *derivatively on behalf of AMC Entertainment Holdings, Inc*,

           **Plaintiffs,**

-against-

**ADAM M. ARON., et al.,**

           **Defendants.**

21-cv-7940 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendants' letter motion for oral argument is hereby **DENIED**. The parties letter motions to seal document filed in connection with Defendants' motion to dismiss are hereby **GRANTED**. The Clerk of the Court is respectfully directed to terminate ECF No. 67, 68, 75, 77.

**SO ORDERED.**

Dated:     **September 30, 2022**
           **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**